# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0728. SYLAS ESTELL THOMAS FIELDS v. THE STATE.**

In 2009, Sylas Fields was convicted of two counts of child molestation, aggravated sexual battery, and two counts of enticing a child for indecent purposes. He filed a timely motion for new trial. On February 27, 2013, the trial court denied Fields' motion for new trial. Fields filed his notice of appeal on April 1, 2013. This notice of appeal is untimely.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Fields filed his notice of appeal 33 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

We note, however, that Fields was represented by counsel at trial and may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Fields and to Fields's attorney, and the latter is also directed to send a copy to Fields.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 02/06/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*